1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, Plaintiff, | Case No. 2:19-cv-04813-AB (Ex) |
| v. | |
| FRED YAGHOUBTIL; HOMA SHABANI; FHY, INC., Defendants. | ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 1, 2020     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE